STOLT–NIELSEN, S.A., et al.

v.

UNITED STATES of America,
Appellant.

No. 05–1480.

United States Court of Appeals,
Third Circuit.

Opinion filed March 23, 2006.

May 16, 2006.

Ian M. Comisky, Blank Rome, Roberta D. Liebenberg, Allen D. Black, Gerard A. Dever, Fine, Kaplan & Black, James A. Backstrom, Jr., Philadelphia, PA, John M. Gidley, Christopher M. Curran, White & Case, Washington, DC, for Stolt Nielson SA, et al.

John P. Fonte, John J. Powers, III, United States Department of Justice Antitrust Division, Washington, DC, for Appellant.

Present: AMBRO, Circuit Judge and RESTANI, Judge of International Trade.

## ORDER

AMBRO, Circuit Judge.

The foregoing motion is granted.